BERINGER v. FRAWLEY. (Supreme Court, Appellate Division, First Department. December 8, 1911.) Action by Alvin B. Beringer against Patrick Frawley. No opinion. Motion · granted, unless appellant complies with terms·stated in order.

BERTRAND, Respondent, v. HINCKLEY FIBER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1911.) Action by Dorilda Bertrand, as administratrix, against the Hinckley Fiber Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see 131 N. Y. Supp. 1104.

BILICKI, Appellant, v. STATEN ISLAND SHIPBUILDING CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 5, 1912.) Action by Thomas Bilicki against the Staten Island Shipbuilding Company. No opinion. Order reversed, with costs, and motion denied, with costs. See, also, 132 N. Y. Supp. 564.

BISHOP, Respondent, v. KINGSTON GAS & ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by Emma Bishop, as administratrix, etc., of Arthur Bishop, deceased, against the Kingston Gas and Electric Company. No opinion. Motion granted, without costs. See, also, 131 N. Y. Supp. 1039.

BLOCH, Appellant, v. BERNAT, Respondent. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by Bert K. Bloch against Frank Bernat. S. J. Bloch, for appellant. J. A. Martin, for respondent. No opinion. Order affirmed, with $10 ·costs and disbursements. Order filed.

BLOSSOM HEATH INN, Appellant, v. HEALY, Respondent. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Summary proceedings by the Blossom Heath Inn against Timothy D. Healy. No opinion. Order of the County Court of Westchester county affirmed, with $10 costs and disbursements. See, also, 129 N. Y. Supp. 1113.

BOARD OF EDUCATION OF UNION FREE SCHOOL DIST. NO. 4, OF TOWN OF NORTH HEMPSTEAD, IN COUNTY OF NASSAU, v. COOLEY et al. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by the Board of Education of Union Free School District No. 4 of the Town of North Hempstead, in the County of Nassau, against James S. Cooley, as School Commissioner, and the Village of Mott's Point, Village of Sands Point, and Village of Barker's Point, claiming to be municipal corporations, respondents. No opinion. Interlocutory judgment affirmed, with costs.

In re BOARD OF RAPID TRANSIT R. COM'RS. (Supreme Court, Appellate Division, Second Department. November 28, 1911.) In the matter of the application of the Board of Rapid Transit Railroad Commissioners, etc., for the appointment of three commissioners, etc. Brooklyn and Manhattan Loop Lines, Brooklyn Sections. PER CURIAM. Motion denied, without costs. JENKS, P. J., not voting.

BOUCK, Appellant, v. MOSHER, Respondent. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by John M. Bouck against Eli C. Mosher. No opinion. Judgment affirmed, with costs.

BRANCH, Appellant, v. TOWN OF CAMBRIA, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 6, 1911.) Action by Maria D. Branch against the Town of Cambria. PER CURIAM. Judgment and order affirmed, with costs. McLENNAN. P. J., not sitting.

BRANGACCIO, Respondent, v. WEBER PIANO CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Vincenzo Brangaccio against the Weber Piano Company. No opinion. Order affirmed, without costs, and without prejudice to a renewal of the motion, if the case is not diligently prosecuted. See, also, 143 App. Div. 612, 128 N. Y. Supp. 467.

BREWSTER et al. v. F. G. BREWSTER CO. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by Ulysses B. Brewster and another against the F. G. Brewster Company; Eugene L. Parodi, petitioner. R. R. Reed, for appellant. J. A. Foley, for respondent. PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 145 App. Div. 812, 130 N. Y. Supp. 654. INGRAHAM, P. J., dissents, on his dissenting opinion in People v. Oriental Bank, 129 App. Div. 865, 114 N. Y. Supp. 440; and Fenn v. Ostrander, 133· App. Div. 940, 118 N. Y. Supp. 117.

BROOKS, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by Anna M. Brooks against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

BRUKENFELD, Respondent, v. AMERICAN BONDING CO., Appellant. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by Yatte Brukenfeld against the American Bonding Company.